UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| **PAULA DUPONT, et al.,** | : | Civil Action No. 18-9892 (ES) (MAH) |
| **Plaintiffs,** | : | |
| v. | : | **AMENDED SCHEDULING ORDER** |
| **ST. JOSEPHS HEALTHCARE SYSTEM, INC., et al.,** | : | |
| **Defendants.** | : | |

_____:

**THIS MATTER** having come before the Court by way of a telephone status conference held on December 18, 2020; and for good cause shown:

**IT IS on this 18th day of December 2020,**

**ORDERED THAT:**

1. Fact discovery, including depositions of fact witnesses, shall remain open through **March 1, 2021.** No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **April 15, 2021.** Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a)(2)(B).

3. All responding expert reports shall be delivered by **June 1, 2021.** Any such report shall be in the form and content as described above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **July 15, 2021.**

5. There will be a Zoom settlement conference in this matter on **April 22, 2021, at 11:00 a.m.** Each party shall submit a confidential settlement memorandum, not to exceed five pages, at least two days before the conference, to njdnef_hammer@njd.uscourts.gov. Clients or their representatives with complete authority to settle the matter must appear for the conference.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**
